■ HERRICK FEINSTEIN LLP, Respondent, v NOAM BARAM et al., Appellants. [19 NYS3d 410]—

Order, Supreme Court, New York County (Melvin Schweitzer, J.), entered September 10, 2014, which granted petitioner Herrick Feinstein's motion to permanently stay arbitration, unanimously affirmed, without costs.

The IAS court correctly determined that the legal malpractice arbitration commenced by respondents was barred by the statute of limitations, having been commenced more than three years after the representation ended (CPLR 214 [6]). The arbitration agreement did not implicate interstate commerce and the Federal Arbitration Act does not apply, therefore respondents' reliance on *Cusimano v Schnurr* (40 Misc 3d 1208[A], 2013 NY Slip Op 51077[U] [Sup Ct, NY County 2013], *revd* 120 AD3d 142 [2014], *lv granted* 24 NY3d 909 [2014]) is unavailing.

We have considered the remaining arguments and find them unavailing. Concur—Sweeny, J.P., Acosta, Renwick and Moskowitz, JJ.